# EXHIBIT 14

**Exhibit 14**

**Intel's Infringement of U.S. Patent No. 9,362,229 ("229 Patent")**

| 229 Patent Claim Language | Infringement[1] by Intel Accused Products, as exemplified by Intel 14nm++ "Coffee Lake" i5-8400 BX80684I58400 Processor |
|---|---|
| **[1.0]** A structure comprising: | The structure of Claim 1 of the 738 Patent is present in the processor of each of the Accused Products.<br><br>Intel's processors with the Coffee Lake microarchitecture comprise the claimed structure. For example, Intel's Core i5-8400 is a Coffee Lake S processor fabricated on Intel's enhanced 14++nm process. In another example, Intel's Core i5-9300H is a Coffee Lake R processor fabricated on Intel's enhanced 14++nm process.<br><br>Intel's Core i-8400 processors are based on the Coffee Lake microarchitecture. *See* https://www.intel.com/content/www/us/en/products/processors/core/i5-processors/i5-8400.html [Intel's i5-8400 website] (showing 8th Generation Intel Core i5 Processors); https://www.intel.com/content/www/us/en/products/docs/processors/core/8th-gen-core-family-datasheet-vol-1.html and https://www.intel.com/content/www/us/en/products/docs/processors/core/8th-gen-core-family-datasheet-vol-2.html [Intel Coffee Lake and CL-R Datasheet, Vols. 1 and 2]; https://www.intel.com/content/www/us/en/products/docs/processors/core/8th-gen-core-spec-update.html [Intel Coffee Lake and CL-R Specification Update]. |

---

[1] The "Intel Accused Products" are Intel's 14nm++ or smaller Tri-Gate integrated circuits that contain substantially similar structures to those described herein and products that contain such Intel integrated circuits. The Intel Accused Products include, for example, microprocessors, modems, field programmable gate arrays (FPGAs), printed circuit boards, chipsets, laptops, desktops, computer tablets, all-in-one PCs, notebooks, servers, board-level computers, and board-level computer kits.

**Exhibit 14**

**Intel's Infringement of U.S. Patent No. 9,362,229 ("229 Patent")**

| 229 Patent Claim Language | Infringement[1] by Intel Accused Products, as exemplified by Intel 14nm++ "Coffee Lake" i5-8400 BX80684I58400 Processor |
|---|---|
|  | ![Figure 1-1. S/H-Processor Line Platforms diagram]<br><br>Intel Coffee Lake and CL-R Datasheet, Vol. 1 at 11. |
| **[1.1]** a last metal line in electrical contact with an underlying device; and | *See* Intel 738 Chart, limitation 1.1. The identified "metal line" in Claim 1 of the 738 Chart is the claimed last metal line. |

2

**Exhibit 14**

**Intel's Infringement of U.S. Patent No. 9,362,229 ("229 Patent")**

| 229 Patent Claim Language | Infringement[1] by Intel Accused Products, as exemplified by Intel 14nm++ "Coffee Lake" i5-8400 BX80684I58400 Processor |
|---|---|
| **[1.2]** at least one staple structure in direct electrical contact with the last metal line, the at least one staple structure reducing electromigration issues in the last metal line, wherein | *See* Intel 738 Chart, limitations 1.2 and 1.3. |
| **[1.2]** the at least one staple structure is formed in a dielectric material, a plurality of vias and a trench spanning between the plurality of vias, and | *See* Intel 738 Chart, limitation 1.3. |
| **[1.3]** the plurality of vias and the trench are lined with a conductive liner and the plurality of vias and the trench are filled with a conductive material to form a conductive bar in direct electrical contact with the conductive liner in the vias. | *See* Intel 738 Chart, limitations 1.4 and 1.5. |