AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas, Waco Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>8/25/2020 | U.S. DISTRICT COURT<br>Western District of Texas, Waco Division | |
|---|---|---|---|
| PLAINTIFF<br>AURIGA INNOVATIONS, INC. | | DEFENDANT<br>INTEL CORPORATION, HP INC., and HEWLETT PACKARD ENTERPRISE COMPANY | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attachment. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Attachment

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 7,888,736 | 2/15/2011 | Auriga Innovations, Inc. |
| 7,763,932 | 7/27/2010 | Auriga Innovations, Inc. |
| 9,000,537 | 4/7/2015 | Auriga Innovations, Inc. |
| 8,957,479 | 2/17/2015 | Auriga Innovations, Inc. |
| 8,234,594 | 7/31/2012 | Auriga Innovations, Inc. |
| 8,901,738 | 12/2/2014 | Auriga Innovations, Inc. |
| 9,362,229 | 6/7/2016 | Auriga Innovations, Inc. |